# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:22-po-5080-H-KLD |
| Plaintiff, | Violation: F01E0014 |
| vs. | |
| **JORDAN KNAPTON,** | **ORDER** |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 6th day of March, 2023

_____
KATHLEEN L. DESOTO
United States Magistrate Judge